UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CITYZENITH HOLDINGS, INC., and MICHAEL JANSEN | ) ) ) | |
| Plaintiffs, | ) ) | 22-cv-05101 |
| v. | ) ) ) | Judge Sara L. Ellis |
| SHANE LIDDELL, and CALEB NAYSMITH, | ) ) ) | Magistrate Heather K. McShain |
| Defendant. | ) | |

## AGREED MOTION TO DISMISS CLAIMS AGAINST CALEB NAYSMITH WITH PREJUDICE

Plaintiffs, Cityzenith Holdings, Inc. and Michael Jansen, by their undersigned counsel, and for their Motion to Dismiss, state as follows:

1. Cityzenith Holdings, Inc. and Michael Jansen have reached a settlement with Caleb Naysmith in this matter.

2. Cityzenith Holdings, Inc., Michael Jansen, and Caleb Naysmith have agreed claims against Caleb Naysmith should be dismissed with prejudice with the parties bearing their own costs.

**WHEREFORE**, Plaintiffs, Cityzenith Holdings, Inc. and Michael Jansen move this court dismiss claims against Caleb Naysmith with prejudice with the parties bearing their own costs.

Dated: September 21, 2022         CITYZENITH HOLDINGS, INC.,
                                  AND MICHAEL JANSEN

                                  By: /s/ Peter S. Lubin
                                      One of their attorneys

| | |
|---|---|
| Peter S. Lubin <br> Patrick Austermuehle <br> LUBIN AUSTERMUEHLE, PC <br> 17W220 22nd Street, Suite 410 <br> Oakbrook Terrace, Illinois 60181 <br> (630) 333-0333 <br> peter@l-a.law <br> patrick@l-a.law | Terrence Buehler <br> LAW OFFICE OF TERRENCE BUEHLER <br> 19 South LaSalle Street, Suite 702 <br> Chicago, Illinois 60606 <br> (312) 371-4385 <br> tbuehler@tbuehlerlaw.com |