UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CITYZENITH HOLDINGS, INC., and MICHAEL JANSEN | ) ) ) | |
| Plaintiffs, | ) ) | 22-cv-05101 |
| v. | ) ) ) | Judge Sara L. Ellis |
| SHANE LIDDELL, and CALEB NAYSMITH, | ) ) | Magistrate Heather K. McShain |
| Defendant. | ) ) | |

**PLAINTIFFS' COUNSEL'S MOTION TO
WITHDRAW AS ATTORNEYS OF RECORD**

Peter S. Lubin, Patrick Austermuehle, and Terrence Buehler (hereinafter referred to as "Movants") seek leave of Court to withdraw as attorneys of record in this action for Plaintiffs Cityzenith Holdings, Inc. and Michael Jansen pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois. In support of this Motion, Movants state:

1. Peter S. Lubin and Patrick D. Austermuehle of the law firm of Lubin Austermuehle, P.C. and Terrence Buehler of the Law Offices of Terrence Buehler are the attorneys of record for Plaintiffs Cityzenith Holdings, Inc. and Michael Jansen pursuant to appearances filed with this Court on September 19, 2022.

2. The last known address of Plaintiffs, Cityzenith Holdings, Inc. and Michael Jansen, is 2506 N. Clark Street, Suite 235, Chicago, IL 60614. The required Notification of Party Contact Information form for each client is attached hereto and marked as Exhibit A.

3. This Motion is made in good faith and without purposes of delay.

WHEREFORE, Peter S. Lubin, Patrick Austermuehle, and Terrence Buehler pray that this Court enter an Order granting them leave to withdraw as attorneys of record for Plaintiffs, Cityzenith Holdings, Inc. and Michael Jansen.

LUBIN AUSTERMUEHLE, P.C. and
THE LAW OFFICE OF TERRENCE BUEHLER

By: /s/ Peter S. Lubin

| | |
|---|---|
| Peter S. Lubin | Terrence Buehler |
| Patrick D. Austermuehle | LAW OFFICE OF TERRENCE BUEHLER |
| LUBIN AUSTERMUEHLE, P.C. | 19 South LaSalle Street, Suite 702 |
| 17W220 22nd Street, Suite 410 | Chicago, Illinois 60606 |
| Oakbrook Terrace, IL 60181 | (312) 371-4385 |
| (630) 333-0333 | tbuehler@tbuehlerlaw.com |
| peter@l-a.law | |
| patrick@l-a.law | |