# Exhibit A

06/12/15

United States District Court
Northern District of Illinois

**Notification of Party Contact Information**

**Directions**: This form must be attached to a motion to withdraw from a case when no other attorney of record has been noted on the docket. A completed form must be electronically filed as an attachment to the motion to withdraw. The address and telephone number of your client must be completed on this form to enable the Court to contact your client in the future if the motion to withdraw is granted.

**Case Number**: 22-cv-05101

**Case Title**: Cityzenith Holdings, Inc., et al. v. Liddell

**Judge**: Sara L. Ellis

**Name of Attorney submitting the motion to withdraw**:
Peter S. Lubin, Patrick D. Austermuehle. and Terrence Buehler

**Name of Client**:
Cityzenith Holdings, Inc. and Mchael Jansen

**Mailing address of Client**: 2506 N. Clark Street, Suite 235

**City:** Chicago  **State:** IL

**Zip:** 60614  **Telephone Number:** (312) 883-5554

**I attest that the above information is true and correct to the best of my knowledge.**

**Signed:** _____

**Date:** 10/17/2022

## **CERTIFICATE OF SERVICE**

I, Peter S. Lubin, the undersigned attorney, hereby certify that on October 17, 2022, I served the foregoing Plaintiffs' Counsel's Motion to Withdraw as Attorneys of Record on the following individuals via email and USPS Certified Mail:

Cityzenith Holdings, Inc.
c/o Michael Jansen
2506 N. Clark Street, Suite 235
Chicago, IL 60614
m.jansen@cityzenith.com

Michael Jansen
2506 N. Clark Street, Suite 235
Chicago, IL 60614
m.jansen@cityzenith.com

    /s/ Peter S. Lubin