**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CITYZENITH HOLDINGS, INC., and MICHAEL JANSEN | ) ) ) | |
| Plaintiffs, | ) ) | 22-cv-05101 |
| v. | ) ) ) | Judge Sara L. Ellis |
| SHANE LIDDELL, and CALEB NAYSMITH, | ) ) ) | Magistrate Heather K. McShain |
| Defendant. | ) | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on the 9th day of November 2022, at 9:45 a.m., or as soon thereafter as counsel may be heard, we shall appear via telephone before the Honorable Sara L. Ellis or any other judge who may be sitting in her stead, in Courtroom 1403 of the Northern District of Illinois, Eastern Division, located at 219 South Dearborn Street, Chicago, Illinois, 60604, and shall then and there present Plaintiffs' Counsel's Motion to Withdraw as Attorneys of Record.

LUBIN AUSTERMUEHLE, P.C. and
THE LAW OFFICE OF TERRENCE BUEHLER

By: /s/ Peter S. Lubin

Peter S. Lubin
Patrick Austermuehle
LUBIN AUSTERMUEHLE, PC
17W220 22nd Street, Suite 410
Oakbrook Terrace, Illinois 60181
(630) 333-0333
peter@l-a.law
patrick@l-a.law

Terrence Buehler
LAW OFFICE OF TERRENCE BUEHLER
19 South LaSalle Street, Suite 702
Chicago, Illinois 60606
(312) 371-4385
tbuehler@tbuehlerlaw.com

**CERTIFICATE OF SERVICE**

    I, Peter S. Lubin, the undersigned attorney, hereby certify that on October 17, 2022, I served the foregoing Notice of Motion on the following individuals via email and USPS Certified Mail:

Cityzenith Holdings, Inc.
c/o Michael Jansen
2506 N. Clark Street, Suite 235
Chicago, IL 60614
m.jansen@cityzenith.com

Michael Jansen
2506 N. Clark Street, Suite 235
Chicago, IL 60614
m.jansen@cityzenith.com

    /s/ Peter S. Lubin