IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Cityzenith Holdings, Inc. et al, <br><br> Plaintiff(s), <br><br> v. <br><br> Liddell et al, <br><br> Defendant(s). | Case No. 22-cv-5101 <br> Judge Sara L. Ellis |

### ORDER

Telephonic motion hearing held. Plaintiffs' counsel's motion to withdraw as attorneys of record [13] is granted. The appearances of Peter S. Lubin, Patrick D. Austermuehle, and Terrence Buehler of the Law Offices of Terrence Buehler are withdrawn as counsel of record for Plaintiffs Cityzenith Holdings, Inc. and Michael Jansen. Plaintiffs have until 1/6/2023 to retain counsel and to have an appearance filed. Telephone conference set for 1/18/2023 at 9:30 a.m. and with joint status report due by 1/11/2023. Members of the public and media will be able to call in to listen to this hearing. The call-in number is (866) 434-5269 and the access code is 8087837. Counsel of record will receive an email with instructions to join the call. Throughout the telephonic hearing, each speaker will be expected to identify themselves for the record before speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting court proceedings. Violation of these prohibitions may result in sanctions, including removal of court-issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.

(T:05)

Date: 11/15/2022                                          /s/ Sara L. Ellis